## Frieda Krakow, Appellant, v. Harry Krakow, Appellee.

**Gen. No. 45,813.**

Shulman, Shulman & Abrams, and Milton K. Joseph, for appellant; Milton K. Joseph, and Bennett H. Shulman, of counsel; no appearance for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed January 27, 1953; released for publication February 26, 1953.

## Mary Keretian, Plaintiff-Appellee, v. Armenag Asadourian and Guilnaz Asadourian, Defendants-Appellants.

**Term No. 52–O–10.**

Oehmke & Dunham, and Howard F. Boman, for appellants; McRoberts & Hoban, for appellee; Royce B. Sheppard, Jr.,